## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ruben Garcia**<br>DOB: 1980; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-08419MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 10, 2026, in the District of Arizona, **Ruben Garcia**, knowing and in reckless disregard of the fact that a certain illegal alien, Daen Millanes-Antelo, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 10, 2026, in the District of Arizona (Sonoita), Border Patrol Agents (BPAs) were stationary on State Route (SR) 82 at mile marker 21 near Patagonia, Arizona. SR 82 is a known route used by smuggling organizations to circumvent the immigration checkpoint on Interstate 19. Smugglers will use SR 82 to access SR 83 and eventually Interstate 10. The immigration checkpoint on SR 83 is currently closed. At approximately 8:55 p.m., BPAs observed a gold Buick Verano bearing Arizona license plate W9A9Z2 travelling east on SR 82 with two visible occupants. Record checks on the Buick returned to an elderly female out of Nogales, Arizona. The driver and passenger were both males who appeared to be in their mid to late forties. Further checks on the Buick revealed that the vehicle had crossed into the United States two days prior while being driven by **Ruben Garcia**. Record checks on **Garcia** showed prior arrests for narcotic smuggling. The driver of the Buick resembled the passport photo shown in the record check of the recent border crossing. BPAs continued following the Buick as it turned north onto SR 83. A vehicle stop was initiated on the Buick near mile marker 38 but the vehicle continued travelling north on SR 83 for approximately two additional miles before it came to stop. BPAs approached the Buick and questioned the driver, identified as **Ruben Garcia**, as to where he was coming from and **Garcia** said that they were travelling to Tucson from Nogales. An immigration inspection was performed on the passenger, identified as Daen Millanes-Antelo, and BPAs determined him to be a citizen of Mexico illegally present in the United States. Record checks revealed that Daen Millanes-Antelo does not possess the proper documentation to enter, pass through, or remain in the United States legally. **Garcia** was determined to be a United States citizen.

Material witness Daen Millanes-Antelo stated that he is a citizen of Mexico and that he paid 5,000 Mexican pesos to be smuggled into the United States. He would have to pay an additional unknown fee once he entered. He crossed the border east of Nogales and walked for approximately 20 minutes until a dark vehicle picked him up. The dark vehicle dropped him off at a different location near a fast-food restaurant where he waited for another 20 minutes before being picked up by **Ruben Garcia** in a Buick Verano. He continued driving in the Buick for 25 minutes before being stopped by Border Patrol.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Daen Millanes-Antelo

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 12, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**                          26-08419MJ

After waiving his *Miranda* rights, **Ruben Garcia** stated that he was behind on his car payments and needed to make some cash. He began contacting an individual that he met on Facebook and knew from previous drug buying encounters. The individual has an association with the Sinaloa Cartel and offered **Garcia** a job. The individual dropped off an illegal alien at a location close to **Garcia's** house and told **Garcia** where to pick up the illegal alien. **Garcia** felt threatened by the Sinaloa Cartel and went to the location to pick up the illegal alien. **Garcia** stated that the other individual was going to be paid $1,200 for their role in the job and he would be paid $600 to drop off the illegal alien in Phoenix. **Garcia** provided BPAs with the contact number for the other individual.